UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GVANTSA BANTSADZE,<br><br>       Plaintiff(s),<br><br>    v.<br><br>BURGER MAN INC., et al.,<br><br>       Defendant(s). | 23 Civ. 10043 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On **January 22, 2024,** the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **January 30, 2024, at 10:30 a.m. EST**. No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.** If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar. The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: January 23, 2024
   New York, New York

                      DALE E. HO
                   United States District Judge